```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09390
    MATT FIORESI
    CHRISTINE FIORESI                           CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-0805     SSN XXX-XX-0807

-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/17/08 .

     2.  The case was dismissed without confirmation, 06/19/2008.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
MID AMERICA BANK           CURRENT MORTG              .00        .00          .00
MID AMERICA BANK           MORTGAGE ARRE NOT FILED               .00          .00
MID AMERICA BANK           SECURED                    .00        .00          .00
MID AMERICA BANK           MORTGAGE ARRE NOT FILED               .00          .00
CALABRESE ASSOCIATES       SECURED                    .00        .00          .00
KEAY & COSTELLO PC         SECURED                    .00        .00          .00
KENNY & KENNY              SECURED                    .00        .00          .00
DAIMLER CHRYSLER FINANCI   UNSECURED     NOT FILED               .00          .00
DAIMLER CHRYSLER FINANCI   UNSECURED     NOT FILED               .00          .00
ILLINOIS DEPT REVENUE      PRIORITY      NOT FILED               .00          .00
INTERNAL REVENUE SERVICE   PRIORITY      NOT FILED               .00          .00
AFNI/ VERIZON WIRELESS     UNSECURED     NOT FILED               .00          .00
SPRINT                     UNSECURED     NOT FILED               .00          .00
NEXTEL COMMUNICATIONS      UNSECURED     NOT FILED               .00          .00
ALLIED INTERSTATE          UNSECURED     NOT FILED               .00          .00
ALLIED INTERSTATE          UNSECURED     NOT FILED               .00          .00
AMEX                       UNSECURED     NOT FILED               .00          .00
SPRINT                     UNSECURED     NOT FILED               .00          .00
ARROW FINANCIAL SERVICES   UNSECURED     NOT FILED               .00          .00
FIA CARD SERVICES          UNSECURED     NOT FILED               .00          .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID

BLATT HASENMILLER LEIBSK   UNSECURED     NOT FILED               .00          .00
BOSE CORPORATION           UNSECURED     NOT FILED               .00          .00
BUREAU OF COLLECTION REC   UNSECURED     NOT FILED               .00          .00
CAI CREDIT UNION           UNSECURED     NOT FILED               .00          .00
CAPITAL ONE BANK           UNSECURED     NOT FILED               .00          .00
CARSON PIRIE SCOTT         UNSECURED     NOT FILED               .00          .00
CHASE BANK USA             UNSECURED     NOT FILED               .00          .00
CHASE BANK USA             UNSECURED     NOT FILED               .00          .00
CHRYSLER CREDIT            UNSECURED     NOT FILED               .00          .00
ALLSTATE INSURANCE CO      UNSECURED     NOT FILED               .00          .00
CREDITORS PROTECTION SER   UNSECURED     NOT FILED               .00          .00
```

```
DELL FINANCIAL SERVICES    UNSECURED      NOT FILED              .00          .00
DELL FINANCIAL SERVICES    UNSECURED      NOT FILED              .00          .00
DELNOR HOSPITAL            UNSECURED      NOT FILED              .00          .00
MID AMERICA FED SAVINGS    UNSECURED      NOT FILED              .00          .00
DIVERSIFIED CONSULTANTS    UNSECURED      NOT FILED              .00          .00
DOLLAR RENT A CAR          UNSECURED      NOT FILED              .00          .00
ER SOLUTIONS INC           UNSECURED      NOT FILED              .00          .00
FINANCIAL RECOVERIES INC   UNSECURED      NOT FILED              .00          .00
FIRST REVENUE ASSURANCE    UNSECURED      NOT FILED              .00          .00
FOX VALLEY CHILDREN MEDI   UNSECURED      NOT FILED              .00          .00
GC SERVICES                UNSECURED      NOT FILED              .00          .00
GREEN SCENE                UNSECURED      NOT FILED              .00          .00
IC SYSTEM                  UNSECURED      NOT FILED              .00          .00
JOHNSON WESTRA BROECKLER   UNSECURED      NOT FILED              .00          .00
KCA FINANCIAL SERVICE      UNSECURED      NOT FILED              .00          .00
LABORATORY PHYSICIANS LL   UNSECURED      NOT FILED              .00          .00
LATHROP & GAGE DC          UNSECURED      NOT FILED              .00          .00
LINEBARGER GOGGAN BLAIR    UNSECURED      NOT FILED              .00          .00
MCKAY NURSERY              UNSECURED      NOT FILED              .00          .00
MCYDSNB                    UNSECURED      NOT FILED              .00          .00
MIRACLE FINANCIAL          UNSECURED      NOT FILED              .00          .00
MURPHY & BOYLE CHARTERED   UNSECURED      NOT FILED              .00          .00
NATIONAL ACTION FIN SRV    UNSECURED      NOT FILED              .00          .00
NATIONWIDE                 UNSECURED      NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED              .00          .00
NICOR GAS                  UNSECURED      NOT FILED              .00          .00
NORTHWEST ATHLETIC CLUB    UNSECURED      NOT FILED              .00          .00
METROPOLITAN PROP & CAS    UNSECURED      NOT FILED              .00          .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED              .00          .00
SERVICE LANDSCAPING        UNSECURED      NOT FILED              .00          .00
THE BUREAUS                UNSECURED      NOT FILED              .00          .00
TRI CITY RADIOLOGY         UNSECURED      NOT FILED              .00          .00
VOLKSWAGEN CREDIT          UNSECURED      NOT FILED              .00          .00
---------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST    PRINCIPAL
                                                                 PAID        PAID
---------------------------------------------------------------------------------
WASHINGTON MUTUAL CARD S   UNSECURED      NOT FILED              .00          .00
CHASE MANHATTAN BANK       UNSECURED      NOT FILED              .00          .00
           Summary of disbursements:
---------------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00         .00          .00
PRINCIPAL PAID        .00          .00          .00         .00          .00
INTEREST PAID         .00          .00          .00         .00          .00
TOTAL PAID            .00          .00          .00         .00          .00
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $    3500.00
and was paid $   1226.00   direct and $         .00 through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/11/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                         PAGE   3
        CASE NO. 08 B 09390 MATT FIORESI & CHRISTINE FIORESI